**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **DENIES** appellant's June 9, 2014 pro se motion for bench warrant.

We **ORDER** the Clerk of the Court to send a copy of this order to Senrick Shern Wilkerson, TDCJ No. 1885146, Holliday Transfer Facility, 295 IH-45 North, Huntsville, Texas, 77320-8443.

/s/    DAVID EVANS
        JUSTICE